s/Marilyn Orem

4