UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: JAMAL J. HAMOOD,            Case No. 07-x-50836

_____/        Honorable Patrick J. Duggan
                                                             Honorable George Caram Steeh
                                                             Honorable Thomas L. Ludington

**ORDER GRANTING PETITION FOR REINSTATEMENT**

Petitioner Jamal J. Hamood ("Petitioner") was suspended from the practice of law in the Michigan state courts for a period of 30 days, effective September 14, 2007, based on a report of a Tri-County panel of the Attorney Discipline Board. On October 6, 2007, this Court suspended Petitioner's license to practice law in the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan.

On October 15, 2007, the Attorney Discipline Board reinstated Petitioner to practice law before the state courts in Michigan. Petitioner filed a petition with this Court on October 19, 2007, seeking reinstatement to the practice of law before the federal courts within the Eastern District of Michigan. On December 7, 2007, a hearing was held on this petition before the Honorable Patrick J. Duggan, the Honorable George Caram Steeh, and the Honorable Thomas L. Ludington.

At the hearing on December 7, 2007, the Grievance Administrator informed the Court that Petitioner has complied with all of the conditions of reinstatement and therefore he has been reinstated to practice before the Michigan courts. The Grievance Administrator further

informed the Court, however, that the Grievance Administrator has appealed the 30-day suspension and has filed a petition for review of that discipline with the Attorney Discipline Board. The petition, which was filed on September 12, 2007, seeks an increase in the discipline. The panel was advised that the Attorney Discipline Board likely would decide this petition for review within 60-90 days.

Based on the information submitted to the panel, including the investigative hearing report and the information provided to the panel by the Petitioner, his counsel, and Cynthia Bullington who was representing the Grievance Administrator at the hearing, the panel believes that Petitioner should be reinstated to practice in the federal courts on the following conditions:[1]

(1) Petitioner shall not represent any client in federal court without a written retainer agreement which provides notice to the client of the fact that Petitioner was suspended from the practice of law in the state courts for 30 days effective September 14, 2007, that the Grievance Administrator has appealed the 30-day sentence to the Attorney Discipline Board requesting that the period of suspension be greater than 30 days, and that it is possible that Petitioner will be suspended again for a period of time.

---

[1] The panel recognizes that if the Attorney Discipline Board grants the Grievance Administrators Petition for Review, resulting in another suspension of Petitioner from practice in the state courts, such suspension will automatically result in a suspension from practice in the federal courts.

(2) If Petitioner receives any retainer from any client, the retainer agreement shall expressly state that, in the event of suspension, any unused portion of the retainer agreement shall be immediately refunded to the client.

These conditions shall expire at such time as the Attorney Discipline Board rules on the presently pending petition for review.

**SO ORDERED.**

                                              s/Patrick J. Duggan  
                                              PATRICK J. DUGGAN  
                                              UNITED STATES DISTRICT JUDGE

                                              s/George Caram Steeh/With Consent  
                                              GEORGE CARAM STEEH  
                                              UNITED STATES DISTRICT JUDGE

                                              s/Thomas L. Ludington/With Consent  
                                              THOMAS L. LUDINGTON  
                                              UNITED STATES DISTRICT JUDGE

DATE: December 13, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this date I sent a copy of the foregoing Order Granting Reinstatement to the following persons at the addresses indicated:

    Honorable Bernard A. Friedman  
    Chief Judge, United States District Court  
    101 Theodore Levin United States Courthouse  
    Detroit, MI 48226  
    Honorable George Caram Steeh

238 Theodore Levin United States Courthouse
Detroit, MI 48226

Honorable Thomas L. Ludington
1000 Washington Avenue
Chambers 214
Bay City, MI 48708

Stephen J. Murphy
United States Attorney
211 West Fort Street
Suite 2001
Detroit, MI 48226

Michigan Attorney Grievance Commission
Dina P. Bagani
Cynthia C. Bullington
243 West Congress
Suite 256
Detroit, MI 48226

Philip J. Thomas
15450 East Jefferson
Suite 160
Grosse Pointe Park, MI 48230

Jamal J. Hamood
4241 Maple Street
Suite 100
Dearborn, MI 48126

                                        s/Marilyn Orem
                                        Case Manager to the
                                        Honorable Patrick J. Duggan
Date: December 13, 2007