**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

No. 07-MC-50836

IN RE: JAMAL J. HAMOOD,　　　　　　　　　　Honorable Patrick J. Duggan
　　　　　　　　　　　　　　　　　　　　　　　　Honorable George Caram Steeh
_____/　　　　　Honorable Thomas L. Ludington

## ORDER GRANTING PETITION FOR REINSTATEMENT

Petitioner Jamal J. Hamood ("Petitioner") was suspended from the practice of law in the Michigan state courts for a period of thirty (30) days, effective September 14, 2007, based on a report of a Tri-County panel of the Attorney Discipline Board. On October 6, 2007, this Court suspended Petitioner's license to practice law in the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan.

On October 15, 2007, the Attorney Discipline Board reinstated Petitioner to practice law before the state courts in Michigan.

On October 19, 2007, Petitioner filed a petition with this Court seeking reinstatement to the practice of law before the federal courts within the Eastern District of Michigan.

On December 7, 2007, a hearing was held on this petition before the Honorable Patrick J. Duggan, the Honorable George Caram Steeh, and the Honorable Thomas L. Ludington.

On December 13, 2007, this panel issued an Order granting the petition for reinstatement. In issuing this Order, the panel was familiar with the facts and circumstances

which caused Petitioner to be suspended from the practice of law in the state courts. In its Order granting the Petitioner reinstatement, the panel indicated its awareness that the Grievance Administrator was appealing, to the Attorney Discipline Board, the 30 day suspension.

On April 30, 2008, the Attorney Discipline Board increased the period of suspension from 30 days to 180 days effective August 23, 2007.

On October 23, 2008, this Court suspended Petitioner from the practice of law before the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan. This suspension was based on the suspension imposed by the Attorney Discipline Board.

On December 29, 2009, Petitioner was reinstated to practice law in Michigan.

On October 12, 2010, Petitioner filed an Application for Reinstatement to practice law in the federal courts in the Eastern District of Michigan.

The panel has reviewed the Application for Reinstatement and the affidavit submitted in support of this Application for Reinstatement. The increase in suspension to 180 days by the Attorney Discipline Board was based on the same conduct for which he was suspended 30 days. Because this panel was aware of, and considered, the conduct which resulted in the 30 day suspension, and which resulted in the Order of Suspension issued by this Court on October 6, 2007, this Court does not believe that a hearing in this case is necessary.

Having reviewed the Application for Reinstatement and affidavit submitted in support of the Application for Reinstatement, and having reviewed the Notice of Reinstatement with condition issued by the Attorney Discipline Board on December 29, 2009, this panel believes that Petitioner's Application for Reinstatement to practice in the federal courts in the Eastern District of Michigan should be granted.

Therefore,

**IT IS ORDERED** that Petitioner's Application for Reinstatement is **GRANTED** and Petitioner is reinstated to the practice of law before the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan.

s/Patrick J. Duggan
PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE


s/George Carem Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE


s/Thomas L. Ludington
THOMAS L. LUDINGTON
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2010